**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **MACROSOLVE, INC.** | § | |
| | § | |
| **Plaintiff,** | § | |
| **V.** | § | **CASE NO. 6:13-CV-00668-KNM** |
| | § | |
| **COMCAST CORPORATION ET AL.,** | § | |
| | § | |
| **Defendants.** | § | |

**JOINT MOTION FOR DISMISSAL WITHOUT PREJUDICE**

Plaintiff MacroSolve, Inc. ("Plaintiff") and Defendants Comcast Corporation, Comcast Interactive Media, Inc. (n/k/a Comcast Interactive Media, LLC), Comcast Interactive Media, LLC (f/k/a Comcast Interactive Media, Inc.), and Comcast Ventures, LLC (collectively referred to as "Defendants") move this Court pursuant to Fed. R. Civ. P. 41(a) for an order dismissing this action without prejudice, with each party to bear its own costs, expenses and attorneys' fees associated with the action.

Dated:  January 2, 2014                    Respectfully submitted,

_/s/Deron R. Dacus_
Deron R. Dacus
Texas State Bar No. 00790553
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
903/705-1117 (phone & fax)
ddacus@dacusfirm.com

Attorneys for Defendants

/s/   Matthew J. Antonelli_____
Matthew J. Antonelli (lead attorney)
Texas Bar No. 24068432
matt@ahtlawfirm.com
Zachariah S. Harrington
Texas Bar No. 24057886
zac@ahtlawfirm.com Larry
D. Thompson, Jr. Texas
Bar No. 24051428
larry@ahtlawfirm.com
Califf T. Cooper
Texas Bar No. 24055345
califf@ahtlawfirm.com
ANTONELLI, HARRINGTON &
THOMPSON LLP
4200 Montrose Blvd., Ste. 430
Houston, TX 77006
(713) 581-3000

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on January 2, 2014.  Therefore, this document was served on all counsel who are deemed to have consented to electronic service.

*/s/ Matthew J. Antonelli*
Matthew J. Antonelli